FREDERICK B. SWIFT Respondent, *v.* JOHN S. PROUTY, Appellant.

(Submitted September 29, 1874; decided January term, 1875.)

THE questions presented were as to the reception and rejection of evidence, and were disposed of in view of the circumstances of the case and the pleadings.

*Davis & Lyon* for the appellant.

*J. E. Cary* for the respondent.

GRAY, C., reads for affirmance.

All concur.

Judgment affirmed.